# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:07-cr-00270-RLH-GWF |
| vs. | **O R D E R** |
| THOMAS COMANS III, | (Motion Pursuant to §2255–#154) |
|     Defendant. | |

Defendant having filed a Motion to Vacate or Set Aside Sentence pursuant to 28 U.S.C. §2255 (#86, filed February 22, 2012), and the Court finding that it does not plainly appear that Defendant is not entitled to relief,

IT IS HEREBY ORDERED that a copy of the motion be delivered to the United States Attorney forthwith.

IT IS FURTHER ORDERED that the United States Attorney shall file an answer, motion or other appropriate response to the motion within sixty (60) days of the date of this Order.

Dated:   February 24, 2012.

_____
**Roger L. Hunt**
**United States District Judge**